CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 26 2018

JULIA C. DUDLEY, CLERK
BY: s/ MARTHA L. HUPP
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# DANVILLE DIVISION

| | | |
|---|---|---|
| CHRISTEN WADDLE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:18-cv-00010 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| AUNDREA CLAUGHTON, et al., | ) | By: Hon. Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendants. | ) | |

This matter is before the Court on Defendant Todd Moser's ("Moser") Motion to Dismiss [ECF No. 12] and Defendant Aundrea Claughton's ("Claughton") Motion to Dismiss [ECF No. 14]. Clerk's default has already been entered against Defendants Nicholas Jones and Dre Tucker. [ECF No. 24.] The matter was fully briefed by the parties, and I heard oral arguments on the motions on June 12, 2018. After considering the allegations in the Complaint and the arguments of the parties, this matter is now ripe for disposition. For the reasons stated in the accompanying Memorandum Opinion, Moser's Motion to Dismiss is hereby **GRANTED IN PART** as to Counts 5 and 8, and Claughton's Motion to Dismiss is hereby **DENIED**.

The clerk is directed to forward a copy of this Order and accompanying Memorandum Opinion to all counsel of record.

Entered this 26th day of June, 2018.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE