CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

AUG 2 2019

JULIA C. DUDLEY, CLERK
BY: s/ MARTHA L. HUPP
      DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### DANVILLE DIVISION

| | |
|---|---|
| CHRISTEN WADDLE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 4:18-cv-00010 |
| AUNDREA CLAUGHTON, | ) |
| TODD MOSER, | ) |
| NICHOLAS D. JONES, | ) |
| DRE D. TUCKER, | ) |
| Defendants. | ) |

## DISMISSAL ORDER

It appearing to the Court that all matters in controversy in this suit have been resolved, Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this suit shall be, and hereby is, dismissed with prejudice.

The Clerk is requested to forward a copy teste of this Order to counsel of record.

ENTERED this 2nd day of August, 2019.

/s/ Elizabeth K. Dillon
Judge

SEEN AND AGREED TO:


Counsel:

*D. Stan Barnhill* (signature)

D. Stan Barnhill, Esq. (VSB #22978)
WOODS ROGERS
P.O. Box 14125
Roanoke, VA 24038-4125
(540) 983-7600 Phone
(540) 983-7711 Facsimile
barnhill@woodrogers.com
*Counsel for Plaintiff*


*Martha White Medley* (signature)

Martha White Medley, Esq. (VSB #21171)
James A. L. Daniel, Esq. (VSB #03881)
Michael A. Nicholas, Esq. (VSB #80749)
Khalilah A. Walters, Esq. (VSB #93996)
DANIEL, MEDLEY & KIRBY, P.C.
Post Office Box 1192
Martinsville, Virginia 24114
276-666-1585 Phone
276-666-4046 Facsimile
mmedley@dmklawfirm.com
jdaniel@dmklawfirm.com
mnicholas@dmklawfirm.com
kwalters@dmklawfirm.com
*Counsel for Defendants Aundrea Claughton and Todd Moser*

2